LEWIS AND ROCA LLP LAWYERS

40 North Central Avenue
Phoenix, Arizona 85004-4429
Facsimile No.: (602) 734-3792
Telephone: (602) 262-5311

Richard S. Cohen, State Bar No. 004746
rcohen@lrlaw.com
Stephanie M. Cerasano, State Bar No. 017171
scerasano@lrlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Joan G. Uhl,<br><br>                  Plaintiff,<br><br>vs.<br><br>Lake Havasu City, a municipal corporation and body politic; Maureen Rose George and Dennis Vaughan, wife and husband,<br><br>                  Defendants. | No. CV06-1084-PHX-JAT<br><br>**DEFENDANTS' ANSWER** |

For their Answer to Plaintiff's Complaint, Defendants admit, deny, and allege as follows:

1. Defendants are without sufficient information to form a belief as to the truth of, and therefore deny, the allegations in this paragraph of the Complaint.

2. Defendants admit the allegations in this paragraph of the Complaint.

3. Defendants deny that "at all times" Plaintiff "served at the pleasure (at-will) of George, who had the sole authority to hire, fire, or discipline her subordinates, including Uhl." Defendants admit the remaining allegations in this paragraph of the Complaint.

4. Defendants admit the allegations in this paragraph of the Complaint.

5. Defendants admit that beginning in 2000, Plaintiff became employed as the prosecutor for Lake Havasu City, working under City Attorney Maureen George. Defendants further admit that prior to 2000, Plaintiff was an employee of Mohave County

who performed prosecutorial duties for Lake Havasu City.  Defendants deny the remaining allegations in this paragraph of the Complaint.

6.   Defendants admit that Plaintiff received periodic pay raises during her employment with Lake Havasu City.  Defendants deny the remaining allegations in this paragraph of the Complaint.

7.   Defendants admit that Plaintiff stated to Maureen George that Richard Miers had a felony conviction.  Defendants deny the remaining allegations in this paragraph of the Complaint.

8.   Defendants deny the allegations in this paragraph of the Complaint.

9.   Defendants deny the allegations in this paragraph of the Complaint.

10.  Defendants are without sufficient information to form a belief as to the truth of, and therefore deny, the allegations in this paragraph of the Complaint.

11.  Defendants deny the allegations in this paragraph of the Complaint.

12.  Defendants admit that Maureen George sent a letter to the State Bar of Arizona regarding a "possible ethics violation" by Joan Uhl, that the letter was on Lake Havasu City letterhead, and that the letter bears the date October 8, 2004.  Defendants deny the remaining allegations in this paragraph of the Complaint.

13.  Defendants are without sufficient information to form a belief as to the truth of, and therefore deny, the allegations in this paragraph of the Complaint.

14.  Defendants deny the allegations in this paragraph of the Complaint.

Defendants deny any allegation in any paragraph of the Complaint that is not specifically admitted above.

**AFFIRMATIVE DEFENSES**

Defendants specifically assert the following affirmative defenses:  Plaintiff's Complaint, in whole or in part, fails to state a claim upon which relief can be granted; relief is barred by statute of limitations; failure to exhaust administrative remedies; exclusivity of administrative remedy, including but not limited to workers' compensation; failure to fulfill administrative prerequisites; failure to mitigate damages;

failure to comply with notice of claim requirements; lack of protected speech; failure to engage in protected activity; qualified and/or absolute immunity; truth.

Numerous defenses, both affirmative and otherwise, might come to light as a result of discovery. Defendants therefore reserve the right to raise any affirmative defense, including but not limited to those set forth in Fed. R. Civ. P. 8(c).

WHEREFORE, having fully answered Plaintiff's Complaint, Defendants respectfully request that the Court:

A. Dismiss Plaintiff's Complaint with prejudice;

B. Award Defendants their attorneys' fees and costs incurred in connection with this matter; and

C. Award such other relief as the Court deems just and appropriate under the circumstances.

RESPECTFULLY SUBMITTED this 12th day of June 2006.

LEWIS AND ROCA LLP


By s/Stephanie Cerasano
   Richard S. Cohen
   Stephanie M. Cerasano
Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Dennis Ira Wilenchik
diw@wb-law.com
Wilenchik & Bartness
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, AZ  85004-1004

Joel Grant Woods
gw@grantwoodspc.net
Grant Woods, P.C.
1726 North Seventh Street
Phoenix, AZ  85006


s/Kristina Vaught