Joan G. Uhl
Unit J-18
920 NW Naito Parkway
Portland, OR 97209-33743
Tel: 602, 791-2944
Fax: 503, 248-2220
E-mail: phx2port@msn.com
Plaintiff Pro Per



# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joan G. Uhl,<br><br>    Plaintiff,<br><br>v.<br><br>Lake Havasu City, a municipal corporation and body politic; Maureen Rose George and Dennis Vaughan, wife and husband,<br><br>    Defendants. | Case No. CV 06-1084-PCT-JAT<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Joan G. Uhl, the Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order (dkt. #64) and Final Judgment (dkt. #65) entered in this action on March 13, 2008. This Notice is filed pursuant to FRAP Rules 3 and 4(a).

Respectfully submitted this 8th day of April, 2008.

_____
Joan G. Uhl, Plaintiff Pro Per

Copy of this Notice mailed this 8th
day of April, 2008, to all counsel
of record:

Richard S. Cohen, Esq.
Stephanie M. Cerasano, Esq.,
Ford & Harrison, LLP
Suite 450
2525 East Camelback Road
Phoenix, AZ 85016

Joel Grant Woods, Esq.
1726 North 7th Street
Phoenix, AZ 85006

Dennis I. Wilenchik, Esq.
Wilenchik & Bartness, P.C.
2810 North 3rd Street
Phoenix, AZ 85004

By: _____
Joan G. Uhl