UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
**Court of Appeals No.**_____

**CASE INFORMATION:**
Short Case Title:_____Uhl v. Lake Havasu City, et al_____
District, Division & Judge _____**AZ - PHX-** Judge James A. Teilborg_____
**District Court Case No.**_____**CV 06-1084-PCT-JAT**_____
Date Complaint filed  4/18/06
Date Appealed *order /judgment entered* : 3/13/08
Date NOA *filed*: 4/8/08
Date of  Information__  Plea Hearing____  Sentencing__

COA Status (check one):  ☐ granted in full (attach order)    ☐ denied in full (send record)
☐ granted in part (attach order)    ☐ pending
☐ no COA required (2241)

☐ Certificate of Record included -

Court Reporter(s) Name & Phone Number:___David German 602-322-7251_____

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 4/8/08         Date Docket Fee Billed:___
Date IFP granted:                    Date IFP denied__
Is IFP pending?  ☐ yes  ☐ no         Was IFP limited ☐?  Revoked ☐?
US Government Appeal?  ☐ yes  ☐ no
Companion Cases?  Please list:_____

*Please attach copy of any order granting, denying or revoking IFP.*

**COUNSEL INFORMATION (please include email address)**
Appellate Counsel:                   Appellee Counsel:
see motion to withdraw
    ☒ retained     ☐ CJA  ☐ FPD    ☒ Pro Se  ☐ Other -----  *Please attach appointment order.*
    ☐ **See attached docket for names/addresses/phone numbers**

**DEFENDANT INFORMATION**
Prisoner ID
Custody  ☐ yes  ☐ no             Bail  _____

Other docs included in this packet: CADS

Name & Phone Number of Person Completing this Form:___s/ D. Taylor_____
                                                      602-322-7217
**Ninth Circuit  -  Please acknowledge receipt of this appeal on the enclosed copy**.