**SCHLEIER LAW OFFICES, P.C.**
3101 North Central Avenue
Suite 1090
Phoenix, Arizona  85012
Telephone:  (602) 277-0157
Facsimile:  (602) 230-9250

Tod F. Schleier, ESQ.  #004612
E-mail:  tod@schleierlaw.com
Bradley H. Schleier, ESQ.  #011696
E-mail:  brad@schleierlaw.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOAN G. UHL, | Case No.:  CV06-1084-PCT-JAT |
| Plaintiff, | **NOTICE OF SERVICE** |
| v. | |
| LAKE HAVASU CITY, a municipal corporation and body politic; MAUREEN ROSE GEORGE and DENNIS VAUGHAN, wife and husband' | |
| Defendants. | |

Notice is hereby given that on this date Plaintiff, through counsel, has served Plaintiff's First Supplement to First Request for Production of Documents by mailing the original to Defendants' counsel, Richard S. Cohen and Stephanie M. Cerasano, JACKSON LEWIS, LLP, 2390 East Camelback Road, Suite 305, Phoenix, Arizona 85016.

-1-

DATED this 23rd day of February, 2010.

        SCHLEIER LAW OFFICES P.C.

        s/ Tod F. Schleier
        Tod F. Schleier
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2010, I electronically filed the foregoing with the U.S. District Court Clerk using the CM/ECF system, which shall send notification of such filing to the counsel for Defendants, Richard S. Cohen and Stephanie M. Cerasano, JACKSON LEWIS, LLP, 2390 East Camelback Road, Suite 305, Phoenix, Arizona 85016.

        s/ Charolette A. Wilson