Richard S. Cohen (State Bar #004746)
Stephanie M. Cerasano (State Bar #017171)
**JACKSON LEWIS LLP**
2390 East Camelback Road, Suite 305
Phoenix, AZ 85016
Tel. (602) 714-7044
Fax (602) 714-7045
cohenr@jacksonlewis.com
cerasanos@jacksonlewis.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Joan G. Uhl,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Lake Havasu City, a municipal corporation and body politic; Maureen Rose George and Dennis Vaughan, wife and husband,<br><br>　　　　　　　Defendants. | Case No. CV06-1084-PHX-JAT<br><br>**DEFENDANTS' NOTICE OF SERVICE OF ELEVENTH SUPPLEMENTAL DISCLOSURE STATEMENT AND FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION** |

　　　Notice is hereby given by defendants that they have this date submitted their Eleventh Supplemental Disclosure Statement and First Supplemental Response to Plaintiff's First Request for Production by emailing a copy and mailing the original to plaintiff's counsel.

　　　DATED this 10th day of March 2010.

**JACKSON LEWIS LLP**

By:　/s/Stephen B. Coleman
　　　　Richard S. Cohen
　　　　Stephanie M. Cerasano
　　　　Stephen B. Coleman
　　　Attorneys for Defendants

- 1 -

## CERTIFICATE OF SERVICE

     I hereby certify that on March 10, 2010, I electronically submitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Tod F. Schleier
tod@schleierlaw.com
**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012

Attorney for Plaintiff


/s/Valerie Armstrong