United States District Court
for the District of Arizona
April 1, 2010
Final Pretrial Conference Minutes

Minute Entry - Civil

Case No.     CV 06-1084-PCT-JAT

Title:       John G. Uhl v. Lake Havasu City, et al.
-------------------------------------------------------------------------------------------------------------
MINUTE ENTRY before Judge James A. Teilborg.   Court Reporter: David German

Appearances:   Tod F. Schleier for plaintiff.    Stephen B. Coleman for defendants.

Final Pretrial Conference held.

Both plaintiff and defendant agree on the record to trial being held in <u>Phoenix</u>, Arizona, with a Phoenix jury panel.

**IT IS ORDERED** setting jury trial for **Tuesday, July 20, 2010 at 9:00 a.m.**, in PHOENIX, Arizona.  Estimated length of trial: 4-5 days.

The Court will permit the parties to file a joint motion to continue trial setting forth reasons why trial can not proceed on 7/20/2010, with proposed alternate trial dates.

Trial schedule will be 8:30 a.m. to 5:00 p.m., with one (1) hour for lunch, unless other specified by the Court.  Courtroom protocol and trial procedures are discussed.

A jury panel of 8 persons shall be selected.  Each side is allowed 3 preemptory strikes, to be taken simultaneously.  Jury selection shall proceed using the strike and replace method.

The Court shall impose the following time limits:
- Each side shall be allowed 15 hours for case presentation. This includes opening statements, direct and cross-examination of witnesses and closing arguments.
- Each side shall be allowed 45 minutes for opening statements.
- Each side shall be allowed 1.5 hours for closing arguments, including rebuttal.

Counsel shall advise opposing counsel the day before a witness is to be called to testify.

The Court will give jury instructions after closing arguments.

Counsel shall submit <u>marked</u> exhibits to the courtroom deputy clerk the morning of trial, along with exhibit lists, witness lists and trial timelime, using the appropriate trial worksheets. Exhibit Marking Instructions, sample exhibit and witness worksheets, sample exhibit tags, Electronic/Video Courtrooms Memo and trial timeline are handed to counsel in open court.

The following motions in limine are argued and the Court rules as follows:

[86]  Pla's First MIL re: miscellaneous lawyer job notices or postings lacking in foundation - DENIED
[87]  Pla's Second MIL re: testimony by dft George which is both hearsay and lacking in foundation - DENIED
[88]  Pla's Third MIL re: evidence of Uhl's dismissed Mohave Cty Superior lawsuit - GRANTED
[89]  Pla's Fourth MIL re: exclusion of irrelevant EEOC charge filed by Uhl - DENIED
[90]  Pla's Fifth MIL re: preclusion of evidence or comment concerning indemnification amount dfts and potential recovery of attorneys fees - GRANTED
[91]  Pla's Sixth MIL re: preclusion of evidence of financial condition of dft Lake Havasu City - GRANTED
[92]  Pla's Seventh MIL re:  preclusion of collateral source benefits evidence - GRANTED
[101] Pla's Eighth MIL re: to preclude untimley disclosed evidence, or in the alternative, to preclude evidence disclosed in violation of order and rules - DENIED

[95]  Dft's First MIL re: to exclude evidence of outcome of bar complaint - GRANTED
[96]  Dft's Second MIL re: ex exclude evidence that was unknown to Maureen George at time of termination decision - DENIED
[97]  Dft's Third MIL re: to exclude evidence Maureen George allegedly misused a city credit card - GRANTED

Defendant makes an oral motion to vacate the Clerk's Judgment [docket no. 65] and Taxation of Costs Order [docket no. 76].  Plaintiff having no objection, IT IS ORDERED granting defendant's oral motion.  The Clerk's Office is directed to amend the docket to reflect these two documents are <u>vacated</u>.

The Court approves the Proposed Pretrial Order but notes that the form of order submitted to the Court by counsel is not signed by counsel.  Therefore, counsel is directed to e-mail the order to the Court with electronic signatures before the Court will cause the document to be filed.

                                                                Time in Court: 1 Hr 5 minutes
 -------------------------------------------------------------------------------------------------------

CASE ASSIGNED TO:
    Hon. James A. Teilborg, Judge