| AO 435 (Rev. 10/05) *Read Instructions on Back:* | Administrative Office of the United States Courts  **TRANSCRIPT ORDER** | | **FOR COURT USE ONLY** **DUE DATE:** |
|---|---|---|---|
| 1. NAME  Tod Schleier | | 2. PHONE NUMBER  (602) 277-0157 | 3. DATE  4/2/2010 |
| 4. FIRM NAME  Schleier Law Offices PC | | | |
| 5. MAILING ADDRESS  3101 N. Central Avenue, #1090 | | 6. CITY  Phoenix | 7. STATE  AZ  8. ZIP CODE  85012 |
| 9. CASE NUMBER  CV 06-1084 | 10. JUDGE  Teilborg | DATES OF PROCEEDINGS  11. 4/1/2010   12. | |
| 13. CASE NAME  Uhl v. Lake Havasu City | | LOCATION OF PROCEEDINGS  14. Phoenix   15. STATE  AZ | |

16. ORDER FOR
☐ APPEAL  ☐ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☐ BANKRUPTCY
☐ NON-APPEAL  ☑ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☑ PRE-TRIAL PROCEEDING | Conference of 4/1/2010 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | | |
| 14 DAYS | ☐ | ☐ | | PAPER COPY ☐ | |
| 7 DAYS | ☑ | ☐ | | E-MAIL ☑ | |
| DAILY | ☐ | ☐ | | DISK ☐ | |
| HOURLY | ☐ | ☐ | | PDF FORMAT ☐ | |
| REALTIME | ☐ | ☐ | | ASCII FORMAT ☐ | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges
(deposit plus additional)

E-MAIL ADDRESS
tod@schleierlaw.com

19. SIGNATURE *[signed]*

20. DATE  4/2/2010

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**  COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY