1 Richard S. Cohen (State Bar #004746)
Stephanie M. Cerasano (State Bar #017171)
2 Stephen B. Coleman (State Bar #021715)
**JACKSON LEWIS LLP**
3 2390 East Camelback Road, Suite 305
Phoenix, AZ  85016
4 Tel. (602) 714-7044
Fax (602) 714-7045
5 cohenr@jacksonlewis.com
cerasanos@jacksonlewis.com
6 colemansb@jacksonlewis.com
Attorneys for Defendants
7

8 UNITED STATES DISTRICT COURT

9 DISTRICT OF ARIZONA

10

| | |
|---|---|
| Joan G. Uhl,<br><br>                    Plaintiff,<br><br>           vs.<br><br>Lake Havasu City, a municipal corporation and body politic; Maureen Rose George and Dennis Vaughan, wife and husband,<br><br>                    Defendants. | Case No. CV06-1084-PHX-JAT<br><br>**NOTICE OF DEPOSITION OF LLOYD HARRELL** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, a deposition will be taken upon oral examination of the person whose name is stated below, on the date and at the place stated before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**      Lloyd Harrell

**DATE AND TIME:**                       June 17, 2010 @ 10:00 a.m.

**PLACE OF DEPOSITION:**        Jackson Lewis LLP
                                                        2390 East Camelback Road,
                                                        Suite 305
                                                        Phoenix, Arizona 85016

- 1 -

DATED this 3rd day of June 2010.

**JACKSON LEWIS LLP**

By: /s/Stephen B. Coleman
       Richard S. Cohen
       Stephanie M. Cerasano
       Stephen B. Coleman
      Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Tod F. Schleier
**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012

COPY sent via First-Class mail this same date to:

Coash & Coash, Inc.
1802 North 7th Street
Phoenix, AZ 85006-2132


/s/Valerie Armstrong