Richard S. Cohen (State Bar #004746)
Stephanie M. Cerasano (State Bar #017171)
Stephen B. Coleman (State Bar#021715)
**JACKSON LEWIS LLP**
2390 East Camelback Road, Suite 305
Phoenix, AZ  85016
Tel. (602) 714-7044
Fax (602) 714-7045
cohenr@jacksonlewis.com
cerasanos@jacksonlewis.com
colemansb@jacksonlewis.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Joan G. Uhl,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>Lake Havasu City, a municipal corporation and body politic; Maureen Rose George and Dennis Vaughan, wife and husband,<br><br>　　　　　Defendants | Case No. CV06-1084-PHX-JAT<br><br>**DEFENDANTS' DEPOSITION DESIGNATIONS OF LLOYD HARRELL** |

Defendants, by their undersigned attorneys of record, and pursuant to the Court's May 10, 2010 order, hereby designate the following portions of the Deposition of Lloyd V. Harrell to be read at trial:

　　　5:7-8

　　　6:19 – 8:12

　　　9:7-15 (end after "managers")

　　　10:9-22

　　　11:10-13:21

　　　13:23-14:6

1

1. 14:12-17
2. 16:9-16
3. 18:2-9
4. 18:12-19:3
5. 20:13-19
6. 21:5-11
7. 22:3-18
8. 27:23-24
9. 28: 7-15
10. 36:20-23
11. 44:5-18
12. 44:20-45:1
13. 45:7-10

DATED this 8th day of July 2010.

**JACKSON LEWIS LLP**

By:   /s/Stephen B. Coleman
      Richard S. Cohen
      Stephanie M. Cerasano
      Stephen B. Coleman
   Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Tod F. Schleier
**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Phone:  602-277-0157
Fax:  602-230-9250

/s/Valerie Armstrong

4850-0124-9030, v. 1