IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joan G. Uhl,<br><br>    Plaintiff,<br><br>vs.<br><br>Lake Havasu City; et al.,<br><br>    Defendants. | No. CV 06-1084-PHX-JAT<br><br>**ORDER** |

Plaintiff's counsel, the law firm of Schleier Law Offices, P.C. ("Schleier"), has moved to withdraw its representation of Plaintiff Joan G. Uhl. (Doc. 152.) Schleier indicates that irreconcilable differences with Plaintiff have arisen. Plaintiff has not filed an objection to the withdrawal of counsel.

Accordingly,

IT IS ORDERED Granting the Motion to Withdraw as Counsel (Doc. 152). Tod F. Schleier, Bradley H. Schleier, and Schleier Law Offices, P.C., are hereby withdrawn as counsel for Plaintiff Joan G. Uhl.

DATED this 25th day of August, 2010.

*/s/ James A. Teilborg*
James A. Teilborg
United States District Judge