

Joan G. Uhl
Apt. 335
1030 SW Jefferson Street
Portland, OR 97201-3466
Phone: 602,791-2944
Fax: 503,719-7546
E-mail: joanuhl@comcast.net
Plaintiff Pro Per

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOAN G. UHL,<br><br>        Plaintiff,<br>v.<br><br>LAKE HAVASU CITY, a municipal corporation and body politic;<br>MAUREEN ROSE GEORGE and DENNIS VAUGHAN, wife and husband,<br><br>        Defendants. | Case #  CV 06-1084-PCT-JAT<br><br>**PLAINTIFF'S MOTION FOR EXTENSION FOR REPLY IN SUPPORT OF MOTION FOR NEW TRIAL**<br><br>(First Request)<br><br>(dkt. # 159) |

    Plaintiff Joan G. Uhl (pro per) moves for an extension of time for the filing of her Reply to the "Defendants' Response to Plaintiff's Motion for New Trial", dkt. #159, of one week, from September 23, 2010 to and including September 30, 2010.

-1-

## 1. AUTHORITY FOR THIS MOTION

This Motion is filed pursuant to Federal Rules of Civil Procedure, Rule 6(b) and U.S. District Court for Arizona LRCiv. 7.3.  See <u>Briones v. Pioneer Hotel & Casino</u>, 116 F. 3d 379 (9th Cir. 1997).

## 2. PERTINENT FACTS

A.   The Response to the Motion for New Trial is twelve pages in length plus one exhibit, and presents multiple arguments that the undersigned wants to reply to.

B.  The undersigned Plaintiff is now pro per, her prior counsel having withdrawn from the case. Dkt. #152, #156.

C.   The undersigned Plaintiff is 69 years old and has limited mobility, and must use a cane and/or walker.

D. The undersigned Plaintiff will need another week to finish her work on her Reply and arrange for it to be filed and served.

E.  This is the **First Request** for an extension of time.

## 3. CONCLUSION AND ORDER REQUESTED

Based upon the foregoing facts and Rules cited, the Plaintiff respectfully requests an extension of time for the filing of her Reply to the "Defendants' Response to Plaintiff's Motion for New Trial" of one week, to and including September 30, 2010.  The Defendants will not be prejudiced by such extension.

Respectfully submitted this 23rd day of September, 2010.

_____
Joan G. Uhl, Plaintiff

-3-

1  
2 Copy of this Motion mailed this 23rd day of September, 2010, to:  
3  
4 Richard S. Cohen, Attorney at Law, Jackson Lewis, LLP  
5 Suite 305  
6 2390 East Camelback Road Phoenix, Arizona 85016  
7  
8 By: _____  
    Joan G. Uhl  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26