IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joan G. Uhl,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Lake Havasu City; et al.,<br><br>　　　　Defendants. | No. CV 06-1084-PCT-JAT<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's motion for extension of time to file a reply. Local Rule Civil 7.3(b) requires a party moving for an extension of time to state the position of each other party. In this case, Plaintiff failed to state the position of the Defendants, and the time for Defendants to respond to the motion for extension of time exceeds the requested extension. Therefore,

　　　　IT IS ORDERED that the motion for extension of time (Doc. 160) is denied, without prejudice, for failing to comply with the Local Rules.

　　　　DATED this 28th day of September, 2010.

_____
James A. Teilborg
United States District Judge