Richard S. Cohen (State Bar #004746)
Stephanie M. Cerasano (State Bar #017171)
Stephen B. Coleman (State Bar#021715)
**JACKSON LEWIS LLP**
2390 East Camelback Road, Suite 305
Phoenix, AZ 85016
Tel. (602) 714-7044
Fax (602) 714-7045
cohenr@jacksonlewis.com
cerasanos@jacksonlewis.com
colemansb@jacksonlewis.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Joan G. Uhl,<br><br>          Plaintiff,<br><br>vs.<br><br>Lake Havasu City, a municipal corporation and body politic; Maureen Rose George and Dennis Vaughan, wife and husband,<br><br>          Defendants | Case No. CV06-1084-PHX-JAT<br><br>**DEFENDANTS' NOTICE REGARDING PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR NEW TRIAL** |

Defendants are surprised that Plaintiff opted to file an untimely Reply in Support of Motion for New Trial, despite the fact that the Court issued an Order on September 28, 2010 denying her request for an extension.  Under the circumstances, Defendants are not filing a formal Motion to Strike, but would like to make it clear to the Court that they have not in any way stipulated that Plaintiff may file an untimely Reply.  In any event, even if the Reply had been filed in a timely manner, the Motion for New Trial is plainly without merit and should be denied.

- 1 -

1  RESPECTFULLY SUBMITTED this 1st day of October 2010.

**JACKSON LEWIS LLP**

By:   /s/Stephen B. Coleman
      Richard S. Cohen
      Stephanie M. Cerasano
      Stephen B. Coleman
    Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joan Uhl
Apartment 335
1030 SW Jefferson Street
Portland, OR 97201-3466

COPY of the foregoing mailed
this 1st day of October, 2010, to:

Joan Uhl
Apartment 335
1030 SW Jefferson Street
Portland, OR 97201-3466

/s/Valerie Armstrong

4815-3327-8215, v. 1

- 2 -