Richard S. Cohen (State Bar #004746)
Stephanie M. Cerasano (State Bar #017171)
Stephen B. Coleman (State Bar#021715)
**JACKSON LEWIS LLP**
2390 East Camelback Road, Suite 305
Phoenix, AZ  85016
Tel. (602) 714-7044
Fax (602) 714-7045
cohenr@jacksonlewis.com
cerasanos@jacksonlewis.com
colemansb@jacksonlewis.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Joan G. Uhl,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Lake Havasu City, a municipal corporation and body politic; Maureen Rose George and Dennis Vaughan, wife and husband,<br><br>　　　　　　　　Defendants | Case No. CV06-1084-PHX-JAT<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S RENEWED/RE-FILED MOTION FOR EXTENSION FOR REPLY IN SUPPORT OF MOTION FOR NEW TRIAL** |

　　　　Defendants defer to the discretion of the Court regarding Plaintiff's request for an extension.  However, Defendants note that Plaintiff's motion fails to set forth the applicable legal standard.  Because the motion was filed *after* the reply deadline, Plaintiff must prove that she "failed to act because of excusable neglect."  Fed. R. Civ. P. 6(b)(1)(B).

　　　　RESPECTFULLY SUBMITTED this 19th day of October 2010.

　　　　　　　　　　　　　　　　**JACKSON LEWIS LLP**

　　　　　　　　　　　　　　　　By:　/s/Stephen B. Coleman
　　　　　　　　　　　　　　　　　　　Richard S. Cohen
　　　　　　　　　　　　　　　　　　　Stephanie M. Cerasano
　　　　　　　　　　　　　　　　　　　Stephen B. Coleman
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joan Uhl
Apartment 335
1030 SW Jefferson Street
Portland, OR 97201-3466

COPY of the foregoing mailed
this 19th day of October, 2010, to:

Joan Uhl
Apartment 335
1030 SW Jefferson Street
Portland, OR 97201-3466

/s/Valerie Armstrong

4840-1179-1367, v. 1