1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6                  FOR THE DISTRICT OF ARIZONA

7

8   Joan G. Uhl,                          )   No. CV 06-1084-PCT-JAT
                                          )
9            Plaintiff,                    )   **ORDER**
                                          )
10  vs.                                   )
                                          )
11                                        )
    Lake Havasu City; et al.,             )
12                                        )
             Defendants.                  )
13                                        )
    _____)

14

15         Plaintiff Joan Uhl has filed a Motion for New Trial (Doc. 158) pursuant to Federal

16  Rule of Civil Procedure 59(a)(1)(A). Plaintiff claims the Court made three evidentiary errors

17  and erred in failing to give three of Plaintiff's proposed jury instructions.

18         Rule 59(a)(1)(A) provides that after a jury trial, a court may grant a new trial on all

19  or some of the issues, "for any reason for which a new trial has heretofore been granted in

20  an action at law in federal court . . .." Courts have granted new trials for prejudicial error

21  resulting from evidentiary rulings and jury instructions.  But the Court finds that it did not

22  commit prejudicial error when it ruled on the motions in limine or in instructing the jury.

23         Accordingly,

24         **IT IS ORDERED DENYING** Plaintiff's Motion for New Trial (Doc. 158).

25         DATED this 16th day of November, 2010.

26

27         _____
                            James A. Teilborg
28                       United States District Judge