1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8
9    Joan G. Uhl,                          )    No. CV 06-1084-PCT-JAT
                                           )
10          Plaintiff,                      )    **ORDER**
                                           )
11   vs.                                    )
                                           )
12                                          )
     Lake Havasu City; et al.,              )
13                                          )
            Defendants.                     )
14                                          )
                                           )
15   _____   )

16          The Court notes that Ms. Uhl's Motion for Extension of Time to File Reply (Doc.

17   164) was still pending when the Court  ruled on the Motion for New Trial (Doc. 158).  To

18   clear up the record for a possible appeal, the Court rules on the Motion for Extension now.

19          Accordingly,

20          IT IS ORDERED GRANTING the Motion for Extension of Time to File Reply (Doc.

21   164) to the extent that the Reply filed on September 30, 2010 (Doc. 162) is deemed timely.

22          DATED this 22nd day of November, 2010.

23
24
25                                         _____
                                                   James A. Teilborg
26                                           United States District Judge

27
28